UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>SUZANNE R. McALLISTER,<br><br>    Defendant. | 2:10-CR-236-GMN-(PAL) |

### ORDER OF FORFEITURE

On March 18, 2013, defendant SUZANNE R. McALLISTER pled guilty to Count One of a Four-Count Second Superseding Indictment charging her in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Second Superseding Indictment and Plea Memorandum. Second Superseding Indictment, ECF No. 114; Plea Memorandum, ECF No. 245

This Court finds that SUZANNE R. McALLISTER shall pay a criminal forfeiture money judgment of $148,814.22 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SUZANNE R. McALLISTER a criminal forfeiture money judgment in the amount of $148,814.22 in United States Currency.

DATED this 18 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE