

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| SUZANNE R. McALLISTER, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court found on March 18, 2013, that SUZANNE R. McALLISTER shall pay a criminal forfeiture money judgment of $148,814.22 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 114; Change of Plea Minutes, ECF No. 244; Order of Forfeiture, ECF No. 246.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SUZANNE R. McALLISTER a criminal forfeiture money judgment in the amount of $148,814.22 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 10 day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE